**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Harrison LEURIG, Defendant/Appellant.**

**Harrison LEURIG, Movant/Appellant,**

v.

**STATE of Missouri,**
**Respondent/Respondent.**

**Nos. 60850, 62177.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 9, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 13, 1993.

William Edward Taylor, Taylor & Associates, St. Louis, for defendant, appellant.

William L. Webster, Atty. Gen., Aundreia R. Alexander, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of kidnapping, § 565.110, RSMo 1986; sodomy, § 566.060, RSMo 1986; and armed criminal action, § 571.015, RSMo 1986; and the denial of his Rule 29.15 motion. .These appeals have been consolidated for review pursuant to Rule 29.15(*l*). We affirm the judgments.

The evidence in support of the jury's verdict is not insufficient and no error of law appears; the findings and conclusions of the motion court are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).